FILED

07/30/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0675

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 19-0675

STATE OF MONTANA,

Plaintiff and Appellee,

v.

JESUS VILLANUEVA,

Defendant and Appellant.

## ORDER

Before the Court is the application of Nancy G. Schwartz, attorney of record for Appellant/Defendant, for a 30-day extension within which to prepare, file and serve Appellant's opening brief in the above-entitled matter.

Good cause appearing, Appellant's opening brief is due on Monday, August 31, 2020.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 30 2020